IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:25-cr-266 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION** |
| v. | ) | **FOR CONTINUANCE** |
| | ) | **OF TRIAL** |
| D'ANGELO JAMES HUNT, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant D'Angelo James Hunt, through his attorney, Mark A. Meyer of Wahpeton, North Dakota, moves the Court for a **continuance of six months** of the jury trial scheduled to commence on Tuesday, February 10, 2026, on the following bases:

1. The Indictment was filed on December 11, 2025.  (Doc. 13.)

2. The Indictment charges 6 counts of felony assault, 1 count of voluntary manslaughter, 1 count of second degree murder (different victim), 1 count of tampering with evidence, and 1 count of use of fire to commit a felony.  Thus this is a complex case that will take roughly 4 weeks to try.

3. I have not received any of the discovery, but I have been informed by the Assistant U.S. Attorney who is prosecuting the case that it is extensive and like nothing I have seen before.

4. Based on the foregoing, it will be impossible for me to zealously represent my client unless I have at least an additional six months in which to prepare for trial.

5. I have discussed this motion for a six month continuance of the trial date with my client and he is agreeable to it.

6. I have also explained to my client the need to sign a Waiver of Speedy Trial

1

Rights in order to obtain the continuance. He has agreed to sign the waiver and in fact has done so while I was on the phone with him. It will be filed contemporaneously with this motion.

7. I have had email correspondence with Lori Conroy, the Assistant U.S. Attorney who represents the United States in this case, and she has indicated to me that she has no objection to this motion.

WHEREFORE Defendant respectfully moves this Court for a six month continuance of the trial date.

Dated this 12th day of January, 2026.

*/s/ Mark A. Meyer*
Mark A. Meyer
Attorney for Defendant
ND Atty. Reg. No. 04966
205 North 7th Street
P.O. Box 216
Wahpeton, ND 58074-0216
(701) 642-1660
(701) 642-2061 (fax)
markameyer@702com.net
